1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JEFFREY CHARLES WREN,                Case No.  1:19-cv-01603-JDP

12                  Petitioner,           ORDER TRANSFERRING CASE TO THE
                                          SACRAMENTO DIVISION OF THE
13          v.                            EASTERN DISTRICT OF CALIFORNIA

14  WARDEN OF AVENAL STATE
    PRISON,
15
                    Respondent.
16

17

18          Petitioner Jeffrey Charles Wren, a state prisoner without counsel, seeks a writ of habeas

19  corpus under 28 U.S.C. § 2254.  ECF No. 1.  The petitioner is challenging a conviction from

20  Placer County, which is part of the Sacramento Division of the United States District Court for

21  the Eastern District of California.  Petitioner is currently incarcerated in Kings County, which is

22  part of the Fresno Division of this court.  Under 28 U.S.C. § 2241(d), venue is proper in the

23  judicial district where the petitioner was convicted or the judicial district where petitioner is

24  incarcerated.  Therefore, both the Sacramento and Fresno divisions have concurrent jurisdiction.

25  *See* § 2241(d).  However, because petitioner is attacking the validity of his Placer County

26  conviction, we will transfer this case to the Sacramento division for the ease and convenience of

27  the parties and the court.  *See id.*

28

1    Pursuant to Local Rule 120(f), a civil action that has not been commenced in the

2  appropriate court may, on the court's own motion, be transferred.  Therefore, we will transfer this

3  action to the Sacramento Division.

4  **Order**

5    1.  This action is transferred to the United States District Court for the Eastern District of

6  California sitting in Sacramento.

7    2.  All future filings shall reference the new Sacramento case number assigned and shall

8  be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

12    3.  The court has not yet ruled on petitioner's outstanding motions.  ECF No. 6, 7.

IT IS SO ORDERED.

Dated:    March 19, 2020    

UNITED STATES MAGISTRATE JUDGE

No. 206.

2