UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN, | No. 2:20-cv-0599 WBS KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF AVENAL STATE PRISON, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On April 29, 2020, the instant petition was removed from this action, filed in petitioner's earlier habeas action, 2:19-cv-0251 WBS KJN, and this action was closed. (ECF No. 16.) Since that date, petitioner has filed multiple documents. In his most recent filing, petitioner claims he "won the 2252 criminal federal writ habeas corpus," Case No. 2:10-cv-1735 MCE EFB. (ECF No. 38 at 2.) However, court records demonstrate that the petition for writ of habeas corpus filed in Case No. 2:10-cv-1735 MCE EFB was dismissed on February 7, 2011. Petitioner was not granted habeas relief. Petitioner is not entitled to release under Case No. 2:10-cv-1735 MCE EFB, nor the instant case. Therefore, petitioner's requests for release filed in this closed case are ineffective.

////

////

1

1   Petitioner is advised this case is closed, and he should refrain from filing any further
2   documents in this action. Moreover, any additional documents filed by petitioner will be
3   disregarded, and no orders will issue in response to future filings.
4   Dated: September 10, 2020

/wren0599.58

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE